# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

212.634.3091 direct
saberg@sheppardmullin.com

October 30, 2015

**VIA FAX (212) 805-6374**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007
Fax: 212 805 6382

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/15

Re:   *Hecklerco, LLC v. Yuuzoo Corporation Limited, et al.*
      <u>Civil Action No. 15-cv-5779 (VM)</u>

Dear Judge Marrero:

We represent defendant YUUU PTY LTD in the above-referenced case.  YUUU PTY LTD is an Australian company that received the complaint via the Hague Convention in Sydney. We write to request an extension of YUUU PTY LTD's time to respond to the complaint from on or about October 22 to November 21, 2015.  Plaintiffs' counsel has consented to the requested extension.  We need additional time to review the matter with our client, and to confer with Plaintiffs about a potential motion to dismiss the Complaint.  YUUU PTY LTD has not previously made any similar requests in this case.

Respectfully submitted,

Sarah E. Aberg
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Via Facsimile (212) 931-5508
      Kenneth Sussmane, Esq
      McCue Sussmane & Zapfel, P.C.
      521 Fifth Avenue, 32nd Floor
      New York, NY 10175
      *Attorneys for Plaintiffs*

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 11-21-15 as to defendant YUUU PTY LTD.
SO ORDERED.

11-2-15
DATE          VICTOR MARRERO, U.S.D.J.