# McCue Sussmane & Zapfel, P.C.
### 521 FIFTH AVENUE
### 32ND FLOOR
### NEW YORK, NEW YORK 10175
TELEPHONE: (212) 931-5500
FACSIMILE: (212) 931-5508

November 11, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/15

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

     Re: Hecklerco, LLC v. Yuuzoo Corporation Limited, et. al.
        Civil Action No. 15-cv-5779 (VM)

Dear Judge Marrero:

    We represent plaintiffs in the above referenced matter. We have agreed with Defendants Macquarie Capital Securities Singapore Pte Limited and Defendants Yuuzoo Corporation Limited, Yuuzoo Corporation and Thomas Zilliacus to extend the time for such defendants to respond to the original Complaint. We are writing to request that the Court grant an extension of time from the previously extended date of November 13, 2015 until December 18, 2015.

    We have exchanged pre-motion to dismiss letters and advised such defendants that we intend to file an amended complaint with respect to such defendants. Granting this request will provide plaintiffs with time to file the amended complaint and agree upon a briefing schedule for motions to dismiss the amended complaint, if necessary.

    We respectfully request that the Court grant this request for an extension to December 18, 2015. Plaintiffs have not previously made any similar requests in this case.

                        Respectfully submitted,

                        /s/ Ken Sussmane

                        Ken Sussmane

Cc Marc Weingard (via ECF)
    Chris Paparella (via ECF)

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 12-18-15.

SO ORDERED.

11-13-15
DATE     VICTOR MARRERO, U.S.D.J.