UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
HECKLERCO, LLC, *et al.*                                     :
                                                             :
                Plaintiffs,                                  :   Case No. 15-cv-5779 (RA)
                                                             :
       vs.                                                   :
                                                             :
YUUZOO CORPORATION LIMITED, *et al.*                         :
                                                             :
                Defendants                                   X
------------------------------------------------------------

## AFFIDAVIT OF SERVICE UPON RONALD CREEVEY

I, Martin Folkes, process server and employee of Advanced National Services, located at 50 Theodore Street, Eagle Farm, Queensland, Australia, being duly sworn, make oath and say as follows, that

1. I am over the age of 21, a non-party to this action, and am authorized to serve legal process in Australia;

2. On or about September 29, 2015, I was instructed by plaintiffs' attorneys of the New York law firm McCue, Sussmane & Zapfel, P.C., to serve upon defendant Ronald Creevey the following documents:

   - Hague Service Convention "Notice"
   - Hague Service Convention "Summary"
   - Summons in a Civil Action
   - Complaint with Exhibits A-G
   - Individual Practices of United States District Judge Victor Marrero
   - ECF Rules & Instructions

3. According to plaintiffs' attorneys, Danielle Creevey resides at 5 Fletcher Street, Tamarama, New South Wales 2026, Australia;

4. At 8.10pm on September 30, 2015, I visited the Fletcher Street address and spoke with a male person who advised that the Creevey's sold the address some 2 years ago.

5. I then conducted a property search and ascertained the Creevey's are now the owner/occupiers of 66 Newbeach Road, DARLING POINT NSW 2027;

6. At 3:040p.m. on November 9, 2015, I visited the Newbeach Road address, with the intention of serving the above-referenced documents upon Ronald Creevey;

7. Upon arrival at the residence, a woman answered the door who verbally and affirmatively identified herself as Danielle Creevey, she confirmed this to be the residence of Ronald Creevey; I handed the above-referenced documents to her, which she accepted, and stated "You have been served with legal process on behalf of Ronald Creevey";

8. Ms. Creevey is aged in the late 30's to early 40's, has a medium build, with dark eyes and brown hair;

9. I believe service to have been effected upon defendant Ronald Creevey in accordance with a method prescribed by the internal laws of New South Wales for civil matters within this jurisdiction, and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* and in compliance with the laws of the United States.

I declare under penalty of perjury under the laws of the United States and Australia that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at Sydney, Australia before me on this 18th day of November 2015.

_____
Kristina Cook
Justice of the Peace
Reg. No. 131816

Suite 2, 301 Castlereagh St
Sydney NSW 2000

_____
Martin Folkes, Process Server