**CERTIFICATE AS TO EXECUTION OF DOCUMENTS**

**SYDNEY**
**NEW SOUTH WALES AUSTRALIA**

**TO ALL TO WHOM THESE PRESENTS SHALL COME**

I, **ANDREW JUN WEI** of SUITE 5, 301A CASTLEREAGH STREET SYDNEY NSW 2000, AUSTRALIA, NOTARY PUBLIC, duly authorized, admitted and sworn and practising in the city of Sydney in the State of New South Wales in the Commonwealth of Australia DO HEREBY CERTIFY that I was present on the **Fourteenth** day of **October, Two Thousand and Fifteen** and did see **STEPHEN HOBBS** the person named in the **AFFIDAVIT OF SERVICE** hereunto annexed duly sign seal and deliver the said **AFFIDAVIT** and that the signature/s thereto subscribed is in the proper handwriting of the said **STEPHEN HOBBS.**

**IN FAITH AND TESTIMONY** whereof I have hereunto subscribed my name and affixed my seal of office at Sydney aforesaid this **Fourteenth** day of **October, Two Thousand and Fifteen.**

14/10/2015

Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
HECKLERCO, LLC, *et al.*

                Plaintiffs,

vs.

YUUZOO CORPORATION LIMITED, *et al.*

                Defendants
------------------------------------------------------------- X

Case No. 15-cv-5779 (RA)

## AFFIDAVIT OF SERVICE UPON YUUU PTY. LTD.

I, Stephen Hobbs, process server and employee of Advanced National Services, located at 50 Theodore Street, Eagle Farm, Queensland, Australia, being duly sworn, make oath and say as follows, that

1. I am over the age of 21, a non-party to this action, and am authorized to serve legal process in Australia;

2. On or about September 29, 2015, I was instructed by plaintiffs' attorneys of the New York law firm McCue, Sussmane & Zapfel, P.C., to serve upon defendant Yuuu Pty. Ltd. ("Yuuu") the following documents:

    - Hague Service Convention "Notice"
    - Hague Service Convention "Summary"
    - Summons in a Civil Action
    - Complaint with Exhibits A-G
    - Individual Practices of United States District Judge Victor Marrero
    - ECF Rules & Instructions

4. According to plaintiffs' attorneys, Yuuu is located at 10 Shelley Street, Level 10, Sydney, New South Wales 2000;

5. At 1:20 p.m. on September 30, 2015, I visited the Shelley Street address, with the intention of serving the above-referenced documents upon Yuuu;

6. Upon arrival, I was directed to Jamie Sherman, who identified herself as staff counsel, authorized to accept service, and I handed the documents to her and stated "you have been served with legal process";

7. Ms. Sherman is aged in the late 30's to early 40's, has a medium build, with dark eyes and brown hair;

8. I believe service to have been effected upon defendant Yuu Pty. Ltd. in accordance with a method prescribed by the internal laws of New South Wales for civil matters within this jurisdiction, and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* and in compliance with the laws of the United States.

I declare under penalty of perjury under the laws of the United States and Australia that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at ___SYDNEY___, Australia before me on this __14th__ day of October, 2015.

[signature of Australian Commissioner of Oaths]    Stephen Hobbs, Process Server

[seal of Australian Commissioner of Oaths]