

# yates beaggi lawyers

Level 10, 31 Market Street
Sydney NSW 2000
Telephone 02 9261 8899
Facsimilie 02 9261 1779
www.yatesbeaggi.com.au

our reference: baa:14023

8 December 2015



The Honourable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Suite 660
**NEW YORK, NEW YORK 10007**

**By facsimile: 0011 1 212 805 6382**

**URGENT**

Dear Judge Marrero,

**RE: HECKLERCO, LLC V YUUZPP CORPORATION LIMITED, ET AL
CIVIAL ACTION NO. 15-CV-5779 (VM)**

We refer to the above mentioned proceedings.

We are the Australian legal representatives for Yuuu Pty Limited, Ronald Creevey, Danielle Creevey and Mark Cramer-Roberts.

Our clients had previously retained Sheppard Mullin Richter & Hampton LLP in connection with the proceedings, however that retainer is no longer in place and our clients are presently in the process of engaging alternate counsel on an urgent basis.

We understand that the Plaintiff is in the process of filing an amended Complaint and in this regard we would respectfully request that our clients be afforded an opportunity to consider that amended Complaint once filed and served. In saying that, and as far as we are aware, our clients Ronald Creevey, Danielle Creevey and Mark Cramer-Roberts are yet to be formally served in the Proceedings with the existing form of Complaint.

The purpose of this correspondence is to respectfully put the Court on notice of our clients' intentions, once served, to file a Response to the current form of Complaint and/or to bring a motion to dismiss the Complaint upon advice from freshly retained counsel.

We expect our clients will have retained alternate counsel within the next 7-14 days.

Corporate Recovery | Insolvency | Commercial | Dispute Resolution

YATES AMIRBEAGGI PTY LIMITED ABN 54 278 630 521 TRADING AS YATES BEAGGI LAWYERS
LIABILITY LIMITED BY A SCHEME APPROVED UNDER PROFESSIONAL STANDARDS LEGISLATION

The Honourable Victor Marrero 2
United States District Judge

In the circumstances, we would respectfully request that the Court take note of our clients' position and not make any Orders which may be contrary to our clients' interests without 7 days prior notice to the writer and or pending the appointment of new counsel.

As a final indulgence we would be most grateful to receive the Court's acknowledgement to receipt of this correspondence and that the requests contained are able to be accommodated by the Court.

Yours faithfully,
YATES BEAGGI LAWYERS

**Brenton Yates**
Solicitor Director

brenton@yatesbeaggi.com.au

cc: Kenneth Sussmane, Esq
McCue Sussmane & Zapfel, P.C.
521 Fifth Avenue, 32nd Floor
**NEW YORK, NEW YORK 10157**
*Attorneys for the Plaintiff*
*By facsimile: 0011 1 212 931 5508*

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendants listed above.

SO ORDERED.

12-9-15
DATE     VICTOR MARRERO, U.S.D.J.

yates beaggi lawyers