IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLERCO, LLC, JAMES HECKLER AND ANDREW HECKLER, <br><br> Plaintiffs, <br><br> v. <br><br> YUUZOO CORPORATION LIMITED, YUUZOO CORPORATION, MACQUARIE CAPITAL SECURITIES (SINGAPORE) PTE. LIMITED, YUUU PTY LTD, YZ INTERNATIONAL, INC., RONALD CREEVEY, DANIELLE CREEVEY, MARC CRAMER-ROBERTS, THOMAS ZILLIACUS, WELLS FARGO ADVISORS, LLC, AND JOHN HOEKMAN, <br><br> Defendants. | Civil Action No. 15-cv-5779 (VM) <br><br> **STIPULATION AND ORDER OF DISMISSAL** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC # _____ <br> DATE FILED: 12/22/15 |

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned parties to the above-captioned action, by and through their respective counsel, that the entirety of this action be, and hereby is, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
December 17, 2015

By: _____
Kenneth Sussmane
MCCUE SUSSMANE & ZAPFEL, P.C.
521 Fifth Avenue, 28th Floor
New York, New York 10175
Telephone: (212) 931-5500
Facsimile: (212) 931-5508
ksussmane@mszpc.com

*Counsel for Plaintiffs Hecklerco, LLC,
James Heckler and Andrew Heckler*

By: _____
Christopher M. Paparella
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
chris.paparella@hugheshubbard.com

*Counsel for Defendant Macquarie
Capital Securities (Singapore) Pte Limited*

**SO ORDERED:**

Date: December 22, 2015

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT COURT JUDGE

tm

2