# McCue Sussmane & Zapfel, P.C.

521 FIFTH AVENUE
32ND FLOOR
NEW YORK, NEW YORK 10175
TELEPHONE: (212) 931-5500
FACSIMILE: (212) 931-5508

December 22, 2015

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

      Re: Hecklerco, LLC v. Yuuzoo Corporation Limited, et. al.
         Civil Action No. 15-cv-5779 (VM)

Dear Judge Marrero:

We represent Plaintiffs in the above entitled action.

We are writing in connection with the stipulation submitted by Plaintiffs and Defendant Macquarie Capital Securities (Singapore) PTE. Limited that was so ordered by the Court on December 22, 2015 (Dkt. No. 62).

We have filed a corrected stipulation with this letter to clarify the agreement of such parties to dismiss only the claims against Defendant Macquarie Capital Securities (Singapore) PTE.

We apologize for any inconvenience this may have caused.

Respectfully submitted,

Ken Sussmane

cc: Marc Weingard (via ECF)
    Chris Paparella (via ECF)
    Toby S. Soli (via ECF)
    Edward W. Larkin (via ECF)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLERCO, LLC, JAMES HECKLER AND ANDREW HECKLER, <br><br> Plaintiffs, <br><br> v. <br><br> YUUZOO CORPORATION LIMITED, YUUZOO CORPORATION, MACQUARIE CAPITAL SECURITIES (SINGAPORE) PTE. LIMITED, YUUU PTY LTD, YZ INTERNATIONAL, INC., RONALD CREEVEY, DANIELLE CREEVEY, MARC CRAMER-ROBERTS, THOMAS ZILLIACUS, WELLS FARGO ADVISORS, LLC, AND JOHN HOEKMAN, <br><br> Defendants. | Civil Action No. 15-cv-5779 (VM) <br><br> **CORRECTED STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned parties to the above-captioned action, by and through their respective counsel, that all causes of action against Macquarie Capital Securities (Singapore) Pte. Limited be, and hereby are, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
December 17, 2015

By: _____

Kenneth Sussmane
MCCUE SUSSMANE & ZAPFEL, P.C.
521 Fifth Avenue, 28th Floor
New York, New York 10175
Telephone: (212) 931-5500
Facsimile: (212) 931-5508
ksussmane@mszpc.com

*Counsel for Plaintiffs Hecklerco, LLC,
James Heckler and Andrew Heckler*

By: _____

Christopher M. Paparella
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
chris.paparella@hugheshubbard.com

*Counsel for Defendant Macquarie
Capital Securities (Singapore) Pte Limited*

**SO ORDERED:**

Date: December 23, 2015

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT COURT JUDGE

2