```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
HECKLERCO LLC, et al.,            :
                                  :
            Plaintiffs,           :     **15 Civ. 5779(VM)**
                                  :
    -against-                     :     <u>**ORDER**</u>
                                  :
WELLS FARGO ADVISORS LLC, et al., :
                                  :
            Defendants            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

A review of the Docket Sheet for the above-captioned case indicates that no action has been taken since August 14, 2019. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action and to terminate any pending motions and close this case for lack of prosecution without prejudice, provided that within seven days of the date of this Order plaintiff may request reinstatement of the case to the Court's active docket.

**SO ORDERED:**

Dated:   New York, New York
         28 May 2020

                                  _____
                                        Victor Marrero
                                          U.S.D.J.